UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAWN MCFADDEN,

    Plaintiff,

v.                                                Case No:   6:14-cv-2101-Orl-TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 20).   On November 10, 2015, the Court entered an order reversing the Commissioner's final decision and remanding the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 18). The Clerk entered judgment the following day (Doc. 19).

Plaintiff requests an award of attorney's fees in the amount of $6,035.52 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and an award costs in the amount of $400.00.   Under the EAJA, a party is eligible for an award of attorney's fees where: (1) the party is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the party filed a timely application for attorney's fees; (4) the party had a net worth of less than $2 million when the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.   28 U.S.C. § 2412(d).   Plaintiff asserts that he is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified, and that his net worth when the action was filed was less than $2

million (Doc. 20, pp. 1-2).   The schedule of billable hours attached to the petition confirms the attorneys' claimed hours (Doc. 20-4).

Plaintiff has attached a copy of his assignment of EAJA fees to Law Offices – Harry J. Binder and Charles E. Binder, P.C. (Doc. 20-5).   In light of the assignment, Plaintiff requests that the payment be made payable to him and delivered to his counsel unless he owes a federal debt (Doc. 23, pp. 3-4).   If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel (Id. at p. 2).

Upon due consideration, Plaintiff's motion is **GRANTED** and Plaintiff is awarded attorney's fees and costs in the amount of **$6,035.52** made payable to Plaintiff and delivered to Law Offices – Harry J. Binder and Charles E. Binder, P.C., if the Commissioner determines Plaintiff does not owe a debt to the government.   Plaintiff is also awarded $400.00 in costs that is payable from the judgment fund.

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record